derwood. No opinion. Judgment and order unanimously affirmed, with costs.

GEARITY v. STRASBOURGER et al. DOLLARD v. KORONSKY. NEW YORK EDISON CO. v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Actions by Julia Gearity against Harry Strasbourger and others, by Albert H. Dollard against Benj. Koronsky, and by the New York Edison Company against the City of New York. No opinions. Motions denied, with $10 costs. Orders filed.

GEGENHEIMER, Respondent, v. SCHUELER, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Louis Gegenheimer against J. L. Emil Schueler. No opinion. Judgment of the Municipal Court affirmed, with costs.

GEIGER, Respondent, v. HANSEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by John Geiger against Charles J. Hansen and another.

JENKS, J. Motion to dismiss appeal denied. Let the case be presented to me for settlement.

GEISLER, Appellant, v. DAVID STEVENSON BREWING CO., Respondent. (Supreme Court, Appellate Division, First Department. June 4, 1909.) Action by Leopold Geisler, as administrator, against the David Stevenson Brewing Company. E. A. Alexander, for appellant. D. Campbell, for respondent. No opinion. Judgment affirmed, with costs, on 126 App. Div. 715, 111 N. Y. Supp. 56. Order filed.

In re GERMAN LEGAL AID ASS'N. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) In the matter of the application, pursuant to chapter 483 of the Laws of 1909, of the German Legal Aid Association, a corporation organized under the provisions of the membership corporation law, etc. No opinion. Let the articles of incorporation be submitted to the court.

GERMANSKY v. GUTERMAN. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Abraham Germansky against Louis H. Guterman.. No opinion. Motion for stay granted. Settle order on notice.

GERMANSKY v. GUTERMAN. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Abraham Germansky against Louis H. Guterman. No opinion. Application granted. Order signed.

In re GERNON. (Supreme Court, Appellate Division, First Department. July 13, 1909.) In the matter of Henry J. Gernon, deceased. No opinion. Motion granted, with $10 costs. Memo. per curiam. Settle order on notice.

GIAMBALVO, Respondent, v. BREUL, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Santo Giambalvo against William Breul.

PER CURIAM. Judgment and order reversed, on authority of Citrone v. O'Rourke Engineering Const. Co., 188 N. Y. 339, 80 N. E. 1092, 19 L. R. A. (N. S.) 340, and new trial granted; costs to abide the event.

BURR, J., concurs in result. RICH, J., dissents.

GICK, Respondent, v. STUMPF, Appellant. (Supreme Court, Appellate Division, Third Department. September 15, 1909.) Action by Frank Gick, as executor of the last will and testament of Rosina Stumpf, deceased, against Frank Stumpf.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 126 App. Div. 548, 110 N. Y. Supp. 712.

SMITH, P. J., dissents.

GIFFORD v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Edmund T. Gifford against the City of New York. No opinion. Motion denied, with $10 costs. Order filed.

GILL, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department.' October 13, 1909.) Action by Clayton E. Gill against the Erie Railroad Company. No opinion. Order modified, and, as modified, affirmed, without costs of this appeal to either party.

GILLETTE, Appellant, v. VILLAGE OF LARCHMONT et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Leon N. Gillette against the Village of Larchmont and others.

PER CURIAM. The questions involved in this case having become purely academic, the appeal from the judgment herein is dismissed, without costs.

GILPIN, Respondent, v. SAVAGE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Richard S. Gilpin against William M. Savage.

PER CURIAM. Judgment (60 Misc. Rep. 605, 112 N. Y. Supp. 802) affirmed, with costs.

KRUSE, J., dissents.

GIRLING, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Emma J. Girling against the City of New York.

PER CURIAM. There was evidence to support the verdict, and the question of its weight was not specifically raised. We think the ver-